UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
UNITED STATES OF AMERICA,              :
                                       :
        -against-                      :         ORDER
                                       :
YONETTE RESPASS,                       :         20 Crim. 57-9 (GBD)
                                       :         23 Crim. 189 (GBD)
                    Defendant.         :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

Defendant's May 24, 2023 letter request to modify her bail conditions to allow her greater domestic travel is DENIED.

Pre-Trial Services may authorize appropriate, limited out-of-state travel for work purposes only, on a case-by-case basis, upon prior satisfactory proof that an actual job exists.

The Clerk of Court is directed to close the open motion at ECF No. 645 accordingly.

Dated: New York, New York
       June 1, 2023

                                       SO ORDERED.

                                       *George B Daniels* (signature)
                                       GEORGE B. DANIELS
                                       United States District Judge